**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

STEPHEN BUYER,
                Defendant.
------------------------------------------------------------X

22 CR. 397 (RMB)

**ORDER**

The Court will hold an arraignment in the above captioned case on Wednesday, July 27, 2022 at 1:00 PM in Courtroom 17B.

Dated: July 26, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.