UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                         22 CR. 397 (RMB)

-against-

                                                                         **ORDER**

STEPHEN BUYER,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday, August 31, 2022 at 11:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0397

Dated: August 24, 2022
       New York, NY

                                                                    RICHARD M. BERMAN
                                                                       U.S.D.J.