

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2022

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Stephen Buyer*, 12 Cr. 397 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter to request that the status conference presently scheduled for August 31, 2022 at 11:00 a.m. be rescheduled to August 31, 2022 at 9:00 a.m., in light of a scheduling conflict for the undersigned. The defendant consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Jordan Estes
    Kiersten A. Fletcher
    Elizabeth Hanft
    Assistant United States Attorneys
    (212) 637-2543 / 2238 / 2334

Application granted.

SO ORDERED:
Date: 8/30/22
Richard M. Berman, U.S.D.J.