

Daniel R. Alonso
Partner
1133 Avenue of the Americas
Suite 3100
New York, NY  10036
T (212) 600-2340
dalonso@buckleyfirm.com

September 2, 2022

VIA ECF ONLY

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Buyer, 22 Cr. 397 (RMB)</u>

Dear Judge Berman:

    We represent Stephen Buyer in the above-referenced matter. At the status conference held on August 31, 2022, the Court asked that we put in writing our request for an order directing the government to permit Mr. Buyer's defense team to speak with the Assistant U.S. Attorney in charge of the U.S. Attorney's filter team. At the Court's request, we had a productive conference with the prosecutors yesterday, and at this time we are discontinuing the request. Should our continuing talks and outstanding requests reach an impasse, we reserve the right to seek judicial intervention at that time.

    Thank you for your consideration.

    Respectfully submitted,

    /s/ *Daniel R. Alonso*
    Daniel R. Alonso
    Tel: (212) 600-2340
    dalonso@buckleyfirm.com

cc:    All counsel (by ECF)