**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    22 CR. 397 (RMB)
   -against-

                                                    **ORDER**

STEPHEN BUYER,
                Defendant.
------------------------------------------------------------X

       The oral argument scheduled for Wednesday, December 7, 2022 at 11:00 AM - in the absence of defense objection - is being held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 512 784 130#

Dated: November 30, 2022
       New York, NY

                                                          _____
                                                             RICHARD M. BERMAN
                                                                  U.S.D.J.