**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                22 CR. 397 (RMB)

   -against-

                                                **ORDER**

STEPHEN BUYER,
                Defendant.
-------------------------------------------------------------X

        The oral argument currently scheduled for Wednesday, December 7, 2022 is adjourned to Wednesday, December 14, 2022 at 3:30 pm.

        The oral argument will be held in Courtroom 17B, 500 Pearl Street, New York, New York.

Dated: New York, New York
           December 6, 2022

                                                            _____
                                                               RICHARD M. BERMAN
                                                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/22