

**Daniel R. Alonso**
Partner
1133 Avenue of the Americas
Suite 3100
New York, NY  10036
T (212) 600-2340
dalonso@buckleyfirm.com

January 20, 2023

<u>VIA ECF</u>

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   <u>United States v. Buyer, 22 Cr. 397 (RMB)</u>

Dear Judge Berman:

     On January 17, 2023, the parties jointly filed proposed questions for the Court's examination of prospective jurors. The attached amended version, filed with the government's consent, makes two small corrections on p. 8, changing the word "political" to "government affairs" in both places. No other substantive change was made.

     Respectfully submitted,

     /s/ *Daniel R. Alonso*
     Daniel R. Alonso

Attachment

cc:    All counsel (via ECF)