**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                         Government,             :        22 CR. 397 (RMB)
                                                 :
              - against -                        :        **ORDER**
                                                 :
STEPHEN BUYER,                                   :
                                                 :
                         Defendant.              :
---------------------------------------------------------------x


          The final pretrial conference scheduled for Tuesday, February 14, 2023 at

10:00 A.M. will take place in Courtroom 17B.



Dated: February 8, 2023
          New York, NY


                                        _____
                                               RICHARD M. BERMAN
                                               U.S.D.J.