

**Orrick, Herrington & Sutcliffe LLP**

1133 Avenue of the Americas
Suite 3100
New York, NY 10036

+1 212 600 2400
orrick.com

February 10, 2023

**Olivia A. Rauh**

E  orauh@orrick.com
D  +1 212 600 2343
F  + 1 212 600 2405

<u>VIA ECF ONLY</u>

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Buyer, 22 Cr. 397 (RMB)</u>

Dear Judge Berman:

      On behalf of Mr. Buyer, we respectfully request the Court's permission and Order for defense counsel and support staff to bring electronic devices into the courthouse during trial, pursuant to the enclosed application.

      Thank you for your consideration.

                                Respectfully submitted,

                                <u>/s/ *Olivia A. Rauh*</u>
                                Olivia A. Rauh

cc:    All counsel (by ECF)