**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,     :

     :

     Government,     :     22 CR. 397 (RMB)

     :

     - against -     :     **<u>ORDER</u>**

     :

STEPHEN BUYER,     :

     Defendant.     :

---------------------------------------------------------------x

The final pretrial conference scheduled for Tuesday, February 14, 2023 at 10:00 A.M. is hereby rescheduled to Tuesday, February 21, 2023 at 9:00 A.M. The proceeding will be held in Courtroom 17B.

Dated: February 13, 2023
     New York, NY

_____ *Richard M. Berman* _____
     RICHARD M. BERMAN
     U.S.D.J.