UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                Government,    :     22 CR. 397 (RMB)
                                                :
     - against -                             :     **ORDER**
                                                :
STEPHEN BUYER,                                  :
                Defendant.     :
---------------------------------------------------------------x

      The status conference is scheduled for Wednesday, February 15, 2023 at 12:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 129 496 319#

Dated: February 15, 2023
       New York, NY

                                        */s/ Richard M. Berman*
                                      **RICHARD M. BERMAN**
                                            **U.S.D.J.**