USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #:
DATE FILED: 5/3/23

James L. Bauerle  
Brigadier General, U.S. Army (retired)

April 26, 2023

The Honorable Richard M. Berman  
United States District Judge for the  
 Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

Dear Sir:

- I write this letter asking the court for mercy for Steve Buyer in his recent conviction in New York of insider trading charges. I served with Major Buyer in the 21st Theater Army Area Command (CONUS Aug) an Army Reserve unit in Indianapolis. I was the Deputy Commander in 1990 when our unit was alerted that it would be activated to support the 22nd Support Command during Desert Storm. The unit commander and a small team left within 10 days of our November notification, and I was left to mobilize the 165 members of the unit which deployed to Saudi Arabia 20 days later in early December of 1990. Major Buyer was my legal advisor and provided important and timely advice on personal issues, contract matters, and civil law matters that arose for members of the command and for me as the commander on the ground. Several difficult decisions required Steve's input and his help was invaluable.

A few examples: I had to determine if the children left behind were properly going to be taken care of in the family support plan of a husband and wife team in our unit – or would one of them have to remain behind. Another woman almost failed her protective masking test and refused to cut her hair to improve the fit of her protective mask. She was the legislative aide for a powerful state senator. I could not order her to get a haircut and she didn't want to cut her long brown hair. Steve guided me through the legal way to get this resolved- - finally in her last attempt she passed the test and could be deployed. Another soldier was being pestered (and so was I about him) about his loan payments. Steve drafted a letter to the creditor and I sent it — harassment stopped. These might seem petty, but when you are trying to mobilize and deploy thousands of miles to a war zone in less than 21 days— they become huge distractions!

I do not know the details of his case, nor do I suggest justice was not served. I write today to inform the court of his performance to the men and women of our unit and to hope you take into account the many good things Steve has done in service to his country. In the military when a service member undergoes UCMJ proceedings, their prior record of performance is also considered to mitigate the final outcome. I hope you will positively consider Steve Buyer for his significant contributions.

While serving during Desert Storm I was chosen to lead a task force (Task Force Freedom) to oversee the logistics support in the emergency restoration of the nation of Kuwait from March 1 1991 thru July of 1991. During this time Major Buyer visited the task force upon my request to assist me in many duties including support of two refugee camps run by the Divisions and supplied by the Support Command thru the task force. Steve's advice to ensure humane accommodations was invaluable and ensured no incidents arose from our support. He also advised on what and how we could support other people who had remained in Kuwait and who were now seeking humanitarian help with food, water and fuel. His input was great and we were able to execute our plan to a very favorable outcome. Steve conducted "locker" refresher classes with the troops to insure they respected the rule of law and customs in this devastated nation. I am forever grateful for his help even though his time with us was limited.

When Steve decided to run for Congress was the next time we interacted. Steve's local support leader was another soldier from the 21st TAACOM—MSG Joe Oyler. Joe and I worked closely running the Northern Logistic Command (NLOC) at King Khalid Military City (KKMC) until he had his knee shattered in a vehicle collision. Joe was a very trusted friend, and after the war we remained in touch and he kept me filled in on Congressman Buyer. We were both proud of Steve for different reasons, and yet for the same reason—he helped and made a difference.

When Steve was elected to Congress he carried the torch for our military and especially for veterans and their families. Tricare For Life health insurance program was clearly his capstone accomplishment. Today this standard is lifesaving for many who might have ended their life instead of continuing without the affordable critical care they do desperately need and deserve. Tricare for Life picks up whatever costs Medicare does not. Lincoln said it best when he noted that we owe so much for those who bore the pain of war – Tricare For Life fills that promise.

Congressman Buyer was a strong and loud voice for service members, veterans and their families throughout his time in Congress, especially during his years as chairman or ranking member of the Committee on Veterans Affairs. Steve's accomplishments were many and

significant to our service members, veterans, and their families. Today, many who served are much better off thanks to Congressman Buyer.

Every time Steve and I crossed paths he remained respectful as did I. I always consider him a great American and friend. He has always been available for a question when I called or emailed him. He was and still is a good listener to my ideas and positions and provides sound feedback and advice.

Please consider his entire life's contributions to Indiana and our Great Republic and show mercy when imposing justice in his sentencing.

Thank you for your consideration.

Sincerely,

*James L. Bauerle*

James L. Bauerle

BG, USA (Retired)

---

Docket + file.

SO ORDERED:
Date: 5/3/23

*Richard M. Berman*
Richard M. Berman, U.S.D.J.