*Dockets File
J. Berman's
Chambers*

**United States v. Stephen Buyer**         22 cr 397 (RMB)

COURT EXHIBITS

| | |
|---|---|
| A | list of names and entities provided to jury panel |
| B | joint proposed voir dire question |
| C | voir dire additional questions |
| D | draft jury charges 3/8/23 |
| E | government request re: material nonpublic information - confirmation by insider |
| F | defense request re: definition of intent to defraud |
| G | stricken testimony of Mr. Buyer |
| H | jury charges 3/9/23 |
| I | jury charges provided to jurors 3/10/23 |
| J | jury note re: foreperson |
| K | jury note re: count 3 |
| L | government proposed response to jury note (K) |
| M | defense proposed response to jury note (K) |
| N | Court response to jury note (K) |
| O | defense proposed jury charge re: venue |
| P | verdict sheet reflecting guilty verdict on Counts One through Four |