UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                        **ORDER**

            -against-                                22 **CR.** 397 (RMB)

STEPHEN BUYER,

                              Defendant.
-----------------------------------------------------------X

       The Government, with input from Probation, is directed to furnish information to the Court by Thursday, June 29, 2023, 12:00 noon, regarding any proposed restitution and/or forfeiture sought in this case.

Dated: New York, New York
         June 26, 2023

                                                            */s/ RMB*
                                       **RICHARD M. BERMAN, U.S.D.J.**