**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                 Government,    :    22 CR. 397 (RMB)
                                             :
    - against -                             :    **ORDER**
                                             :
STEPHEN BUYER,                               :
                                             :
                 Defendant.     :
------------------------------------------------------------x

        The sentencing scheduled for Tuesday, July 11, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: July 5, 2023
       New York, NY

                                                    _____
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.