UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                Government,       :       22 Cr 397 (RMB)
                                                    :
     - against -                                  :       **ORDER**
                                                    :
STEPHEN BUYER,                                      :
                Defendant.        :
-----------------------------------------------------------------x

      The Government shall ensure that the Probation Department provides its position with authorities regarding forfeiture and restitution (in writing) to the Court by July 13, 2023, at noon. As noted by Defense counsel in its July 6, 2023 letter to the Court, "[w]here restitution is permissible under the law, "the probation officer must conduct an investigation and submit a report that contains sufficient information for the court to order restitution." Fed. R. Crim. P.32(c)(1)(B); *see also* 18 U.S.C. § 3664(a) (requiring the court to order the probation officer to obtain and include in its presentence report or a separate report "information sufficient for the court to exercise its discretion in fashioning a restitution order," including "a complete accounting of the losses to each victim")."

      Defense shall submit its forfeiture and restitution position with authorities to the Court by July 20, 2023 at noon.

      The sentencing is adjourned to July 31, 2023 at 9:30 am.

Dated: New York, New York
       July 6, 2023

                                              */s/ Richard M. Berman*
                                      **RICHARD M. BERMAN, U.S.D.J.**