UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>STEPHEN BUYER,<br><br>        Defendant. | 22-cr-397 (RMB) |

### [~~PROPOSED~~] ORDER OF WITHDRAWAL
### OF MICHAEL S. CHU

Upon consideration of the motion to withdraw the appearance of Michael S. Chu, this Court orders that Mr. Chu be withdrawn from this case, and further orders that Mr. Chu be removed from the Court's electronic service list.

SO ORDERED.

Dated: 7/11/23

*Richard M. Berman*
Hon. Richard M. Berman
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/23
```