**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
              Government,    :     22 CR. 397 (RMB)
                                             :
    - against -                             :     **ORDER**
                                             :
STEPHEN BUYER,                               :
                                             :
              Defendant.     :
-------------------------------------------------------------x

        The sentence hearing scheduled for Monday, July 31, 2023 at 9:30 A.M. will take place in Courtroom 17B.

Dated: July 24, 2023
       New York, NY

                                      */s/ Richard M. Berman*
                                      RICHARD M. BERMAN
                                              U.S.D.J.