UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

      Government,   :  22 Cr 397 (RMB)

 - against -         :  **ORDER**

STEPHEN BUYER,

      Defendant.   :
------------------------------------------------------------x

  The currently presented restitution submissions on behalf of T-Mobile and Guidehouse are unacceptably vague and imprecise and include redactions.

  The Court requests unredacted restitution submissions (affidavit plus billing records) detailing the work performed and the amounts sought to be compensated for the principal attorney's legal fees that are directly related to this criminal prosecution.

  The submissions are required to be submitted no later than Thursday, July 27, 2023 at 12:00 noon.


Dated: New York, New York
   July 26, 2023

                _____
                RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/23