

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2023

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Stephen Buyer*, 22 Cr. 397 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter in response to the Court's order dated July 26, 2023 directing the submission of unredacted affidavits and invoices in support of the Government's request for restitution in this case. Attached hereto are the following exhibits:

- Exhibit 1 is a declaration on behalf of Guidehouse attaching unredacted invoices;
- Exhibit 2 is a declaration on behalf of T-Mobile attaching unredacted invoices; and
- Exhibit 3 is a declaration on behalf of Tony Russo (T-Mobile employee) attaching unredacted invoices.

    Because these Exhibits contain sensitive financial information of the victims in this case, the Government respectfully requests that they be filed under seal.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Kiersten A. Fletcher
    Margaret Graham
    Assistant United States Attorneys
    (212) 637-2238/2923

cc:    Counsel for Stephen Buyer (by ECF and email)