

August 1, 2023

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Orrick, Herrington & Sutcliffe LLP
2001 M Street, N.W.
Suite 500
Washington, DC 20036

+1 202 349 8000
orrick.com

Henry W. Asbill

E  hasbill@orrick.com
D  +1 202 349 8007
F  +1 202 349 8080

Re:     *United States v. Stephen Buyer*, 22-cr-397 (RMB)

Dear Judge Berman:

    Pursuant to the Court's July 31, 2023 Minute Entry, we respectfully submit this letter consenting to the public filing of the defense's July 29 and July 30 letters previously submitted *in camera*.

Sincerely,

Henry W. Asbill

cc:     Margaret Graham, AUSA
        Kiersten Fletcher, AUSA