

**Orrick, Herrington & Sutcliffe LLP**
2001 M Street, N.W.
Suite 500
Washington, DC 20036

+1 202 349 8000
**orrick.com**

**Henry W. Asbill**

E  hasbill@orrick.com
D  +1 202 349 8007
F  +1 202 349 8080

July 29, 2023

**VIA EMAIL ONLY**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Stephen Buyer*, 22-cr-397 (RMB)

Dear Judge Berman:

      The undersigned was advised this morning of a conflict-of-interest issue with respect to this law firm and T-Mobile. This issue requires this firm, pursuant to its ethical obligations, to request an adjournment of the sentencing, currently scheduled for Monday morning at 9:30 a.m. We are available to discuss this telephonically at any time tomorrow or in person first thing Monday morning. We sincerely apologize for the inconvenience to the Court and the parties.

      Respectfully submitted,

_Henry W. Asbill_

Henry W. Asbill

cc:   Margaret Graham, AUSA
      Kiersten Fletcher, AUSA