

August 14, 2023

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Orrick, Herrington & Sutcliffe LLP**
2001 M Street, N.W.
Suite 500
Washington, DC 20036

+1 202 349 8000

orrick.com

**Henry W. Asbill**

E  hasbill@orrick.com
D  +1 202 349 8007
F  +1 202 349 8080

**Re:** *United States v. Stephen Buyer*, 22-cr-397 (RMB)

Dear Judge Berman:

    Pursuant to the Court's July 31, 2023 Minute Entry, we respectfully submit this letter informing the Court that Mr. Buyer and T-Mobile, after consulting with separate counsel, have both agreed to waive any potential conflict arising from my and my team's representation of Mr. Buyer and my firm's representation of T-Mobile, and we expect to memorialize the waivers in writing shortly.

Sincerely,

*/s/ Henry W. Asbill/*

Henry W. Asbill

cc:  Margaret Graham, AUSA
      Kiersten Fletcher, AUSA

---

Please submit written waivers no later than 8/28/23 at noon.

SO ORDERED:
Date: 8/23/23

*/s/ Richard M. Berman/*
Richard M. Berman, U.S.D.J.