

August 28, 2023

Orrick, Herrington & Sutcliffe LLP
2001 M Street, N.W.
Suite 500
Washington, DC 20036

+1 202 349 8000

orrick.com

**BY ECF AND EMAIL**

Henry W. Asbill

E  hasbill@orrick.com
D  +1 202 349 8007
F  +1 202 349 8080

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Stephen Buyer*, **22-cr-397 (RMB)**

Dear Judge Berman:

      On behalf of Mr. Buyer, we respectfully submit letter responses (attached as Ex. A and Ex. B) pursuant to the Court's August 23, 2023 Order (ECF No. 163).

Sincerely,

*Henry W. Asbill*

Henry W. Asbill

cc:   Margaret Graham, AUSA
      Kiersten Fletcher, AUSA
      Olivia A. Rauh, Esq.