**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,   :   22 CR. 397 (RMB)

    - against -   :   **ORDER**

STEPHEN BUYER,

                Defendant.
------------------------------------------------------------x

The sentencing scheduled for Tuesday, September 19, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: September 13, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.