**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                       Government, :    22 CR. 397 (RMB)
:
    - against - :    **ORDER**
:
:
STEPHEN BUYER, :
:
                       Defendant. :
------------------------------------------------------------x

       The sentencing scheduled for Tuesday, November 7, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: November 1, 2023
       New York, NY

                                                   RICHARD M. BERMAN
                                                       U.S.D.J.