UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    - against -                                22-CR-397 (RMB)

                                              **ORDER**

STEPHEN BUYER,

                Defendant.
------------------------------------------------------------x

       The Court respectfully declines, without prejudice, to amend the Judgment of Conviction to extend Defendant's surrender date of November 28, 2023. On September 22, 2023, Defendant originally sought to avoid surrender altogether pending the appeal of his conviction. *See* Def's Letter Mot. 1, ECF No. 171; *see also* Sent'g Tr., dated September 19, 2023, at 97 – 98. That application was denied by this Court on October 16, 2023. *See* Order on Letter Mot. 1. ECF No. 183.

       The Court would need additional information and briefing to resolve Defendant's November 17, 2023 request to extend his surrender date. The November 17 application is based upon Defendant Buyer's golfing mishap, which seems to have aggravated his "anterior cruciate ligament reconstruction."

       The Court is aware that an appeal is pending in the Second Circuit which may also raise jurisdictional issues.

Dated: New York, New York
       November 20, 2023

                                                            **RICHARD M. BERMAN, U.S.D.J.**