

November 27, 2023

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
2001 M Street, N.W.
Suite 500
Washington, DC 20036

+1 202 349 8000
orrick.com

Henry W. Asbill

E  hasbill@orrick.com
D  +1 202 349 8007
F  +1 202 349 8080

Re:   *United States v. Stephen Buyer*, 22-cr-397 (RMB)

Dear Judge Berman:

      Pursuant to the Court's November 24, 2023 Order, we submit the following on behalf of Mr. Buyer. Neither Mr. Buyer nor his legal team have contacted the Bureau of Prisons or the designated facility, FCI Ashland Satellite Camp, regarding his recent injury or the requested modification to his surrender date. Mr. Buyer has prepared a Statement in support of his request to modify his surrender date, attached as Exhibit A.

Respectfully submitted,

*Henry W. Asbill*
_____
Henry W. Asbill

cc:   Olivia A. Rauh, Esq.
      Margaret Graham, AUSA
      Kiersten Fletcher, AUSA