UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

          - against -                                     **22-CR-397 (RMB)**

                                                    **ORDER**

STEPHEN BUYER,

                  Defendant.
-------------------------------------------------------------x

In advance of the November 29, 2023 conference, the parties are requested to submit the following information to the Court:

a. Defense to submit no later than 11:00 am on Monday, November 27, 2023, an affidavit **and/or** attorney's declaration relating to the details of Defendant Buyer's misstep discussed in the defense submission dated November 21, 2023, including the date and location of the incident, any medical treatment sought or required, when treatment was sought, etc.

b. Defense also to submit by November 27, 2023, details of all contacts between Defense, including Defendant Buyer, and the Bureau of Prisons regarding Buyer's surrender date.

c. Government to respond to Defense submissions no later than 5:00 pm on Monday, November 27, 2023, including Government recommendations for surrender date and options for designation of a medical facility.

The Court perceives no need for sealing these proceedings. The application to defer Defendant Buyer's surrender date is, on the facts presented here, a matter of public interest.

Dated: New York, New York
         November 24, 2023                       _/s/ Richard M. Berman_____

                                                     **RICHARD M. BERMAN, U.S.D.J.**