

November 28, 2023

**Orrick, Herrington & Sutcliffe LLP**

2001 M Street, N.W.
Suite 500
Washington, DC 20036

+1 202 349 8000

**orrick.com**

**BY ECF AND EMAIL**

**Henry W. Asbill**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**E** hasbill@orrick.com
**D** +1 202 349 8007
**F** +1 202 349 8080

Re: *United States v. Stephen Buyer*, 22-cr-397 (RMB)

Dear Judge Berman:

As stated in yesterday's letter submission, Mr. Buyer and his legal team have not contacted the Bureau of Prisons or the designated facility (ECF No. 200). We respectfully request that the Court take whatever steps it deems necessary and appropriate to inform the Bureau of Prisons that, in light of the Court's November 22, 2023 Order (ECF No. 199), Mr. Buyer will not be surrendering to FCI Ashland Satellite Camp today before 2:00 PM.

Respectfully submitted,

Henry W. Asbill
_____
Henry W. Asbill

cc:     Olivia A. Rauh, Esq.
        Margaret Graham, AUSA
        Kiersten Fletcher, AUSA