USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEPHEN BUYER,

                                        Defendant.

**Order of Restitution**

**22 Cr. 397 (RMB)**

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Kiersten A. Fletcher and Margaret Graham, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One through Four of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** Stephen Buyer, the Defendant, shall pay restitution in the total amount of $765,912.61 to the victims of the offenses charged in Counts One through Four of the Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.



~~2. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.~~

Dated: New York, New York
         November 29, 2023

RMB

HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

## Schedule of Victims

| Victim | Address | Amount |
|---|---|---|
| T-Mobile | T-Mobile USA, Inc.<br>Attn: Beth Crowder<br>12920 SE 38th Street<br>Bellevue, WA 98006 | $430,108.16 |
| Guidehouse | Guidehouse Inc.<br>c/o Office of the General Counsel,<br>Shamir Patel<br>1676 International Drive<br>Suite 800<br>McLean, VA 22102 | $335,804.45 |