UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                       **ORDER**

            -against-                                 22 CR. 397 (RMB)

STEPHEN BUYER,

                      Defendant.
-------------------------------------------------------------X

    For the reasons set forth on the record, Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on January 9, 2024. See Transcript of proceedings held on November 29, 2023.

Dated: New York, New York
         November 29, 2023

                                                               */s/ RMB*
                                                        **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/23