UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,



**ORDER**

-against-                                    23 Cr 265 (RMB)

IBRAHIM BOCOUM,

                    Defendant.
-----------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on September 23, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that IBRAHIM BOCOUM's guilty plea is accepted.

IT IS HEREBY FURTHER ORDERED that the sentencing is scheduled for January 28, 2025 at 10:00 am. Defense sentencing submission is due January 13, 2025. Government sentencing submission is due January 20, 2025.

Dated: New York, New York
       October 8, 2024

                                                  _____
                                                  RICHARD M. BERMAN, U.S.D.J.