UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             v.<br><br>STEPHEN BUYER,<br><br>                             Defendant. | Case No.  22-cr-397-RMB |

**DECLARATION OF OLIVIA A. RAUH**
**IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Olivia A. Rauh declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Senior Associate at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick").  I submit this declaration in support of my motion to withdraw as counsel of record for Defendant Stephen Buyer.

2. The reason for my withdrawal is that I am ending my employment with Orrick, and the matter is a closed criminal case in which a judgment has been issued. Danny Rubens of Orrick will nevertheless continue to represent Mr. Buyer in this action as an appeal is currently pending before the Second Circuit Court of Appeals.

3. I have spoken with the defendant, Stephen Buyer, who consents to the requested relief.

4. I am not asserting a retaining or charging lien in connection with this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 7, 2025
               New York, New York

                              _/s/ Olivia A. Rauh_
                              Olivia A. Rauh