| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:22CR00397-01 (RMB) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-31 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Stephen Buyer  Indiana | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|

| | NAME OF SENTENCING JUDGE Richard M. Berman, U.S. District Judge |
|---|---|

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/03/2025 | TO 2/02/2028 |
|---|---|---|---|

OFFENSE

**Count 1:** Securities Fraud - T-Mobile/Sprint, in violation of 15 U.S.C. § 78j(b) and 78ff, a Class C Felony. **Count 2:** Securities Fraud - T-Mobile/Sprint, in violation of 18 U.S.C. § 1348, a Class B Felony. **Count 3:** Securities Fraud - Guidehouse/Navigant, in violation of 15 U.S.C. § 78j(b) and 78ff, a Class C Felony. **Count 4:** Securities Fraud - Guidehouse/Navigant, in violation of 18 U.S.C. § 1348, a Class B Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and prosocial ties in the *Northern District of Indiana*

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

        IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the *Northern District of Indiana* upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____4/3/25_____                                    _Richard M. Berman, USDJ_
Date                                                            United States District Judge

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Stephen Buyer's supervision from the Southern District of New York to the *Northern District of Indiana*, the sealed records of the Court in the above-styled matter relating to Stephen Buyer are unsealed for the limited purpose of transferring those records to the United States District Court for the *Northern District of Indiana* and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE *NORTHERN DISTRICT OF INDIANA*

        IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

April 14, 2025                                              /s/ James T. Moody
_____                                          _____
Effective Date                                              United States District Judge